IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHIRLEY STIDHAM, GREG STIDHAM, and DEFRANCO & BRADLEY, P.C.,

Plaintiffs,

v.

THE RAWLINGS COMPANY, LLC,

Defendant.

Case No. 17-cv-1319 JPG/MAB

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 25, 2019**　　　　　**MARGARET M. ROBERTIE, Clerk of Court**

　　　　　　　　　　　　　　　　　**s/Tina Gray**
　　　　　　　　　　　　　　　　　**Deputy Clerk**


**Approved:**　　*s/J. Phil Gilbert*
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**